JAMES LUMBER COMPANY, Appellant, *v.* MARTIN H. SAW-TELLE, as Trustee in Bankruptcy of the Firm of CLARE-MONT E. SMITH & Co., Respondent.

*James Lumber Co.* v. *Smith*, 158 App. Div. 894, affirmed.
(Argued May 7, 1915; decided May 25, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 21, 1913, affirming a judgment in favor of plaintiff, but for an amount less than claimed, entered upon a decision of the court at a Trial Term without a jury in an action to recover a balance alleged to be due on the purchase price of certain lumber. The answer made certain specific denials and in addition pleaded payment, accord and satisfaction and alleged a counterclaim.

*Thomas B. Merchant* for appellant.

*P. J. McManus* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, HOGAN, MILLER, CARDOZO and SEABURY, JJ.